381 P.2d 965

**In the Matter of Alfred Baca ARANA, a Juvenile Applicant,**

**v.**

**The Honorable George L. ZIMMERMAN, Judge of the Juvenile Court of Division II of the Third Judicial District of the State of New Mexico, Respondent.**

**No. 7410.**

Supreme Court of New Mexico.

June 4, 1963.

Ordered that the petition for alternative writ of prohibition be and the same is hereby denied.